UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHURLA LEWANDOWSKI,

    Plaintiff,

CASE NO. 8:20-cv-2722-T-35AAS

v.

TWINS INN & APARTMENTS LLC, a Florida limited liability company, GULF WINDS DR APARTMENTS LLC, a Florida limited liability Company, 2ND STREET APARTMENTS LLC, a Florida limited liability company d/b/a PALM GROVE INN, VIVIAN PAK, LIMIN SUN, and JIANXUN SUN a/k/a JOHN SUN,

    Defendants.
_____/

## **PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

___ IS      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of the Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: December 2, 2020.

1

Respectfully submitted,

s./ Peter Bober
PETER J. BOBER
Fla. Bar. No. 0122955
Peter@boberlaw.com
SAMARA ROBBINS BOBER
Fla. Bar No. 0156248
Samara@boberlaw.com
BOBER & BOBER, P.A.
2699 Stirling Road, Suite A-304
Hollywood, FL 33312
Tel: (954) 922-2298
Fax: (954) 922-5455
Counsel for Plaintiff