UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHURLA LEWANDOWSKI,

    Plaintiff,

CASE NO.  8:20-cv-2722-T-35AAS

v.

TWINS INN & APARTMENTS LLC, a Florida limited liability company, GULF WINDS DR APARTMENTS LLC, a Florida limited liability Company, 2ND STREET APARTMENTS LLC, a Florida limited liability company d/b/a PALM GROVE INN, VIVIAN PAK, LIMIN SUN, and JIANXUN SUN a/k/a JOHN SUN,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The Plaintiff, Shurla Lewandowski, through her undersigned counsel, files this, her Certificate of Interested Persons, and states as follows:

We hereby disclose the following pursuant to this Court's interested persons order:

**1.) the following persons, attorneys, associations of persons, firms, law firms, partnerships, and corporations has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    a.)    Shurla Lewandowski, Plaintiff;

    b.)    Peter Bober, Esq., Attorney for Plaintiff;

    c.)    Samara Bober, Esq., Attorney for Plaintiff;

    d.)    Bober & Bober, P.A., Attorney for Plaintiff;

    e.)    Twins Inn & Apartments LLC, Defendant;

    f.)    Gulf Winds Dr Apartments LLC, Defendant;

    g.)    2nd Street Apartments LLC d/b/a Palm Grove Inn, Defendant;

    h.)    Vivian Pak, Defendant;

    i.)    Limin Sun, Defendant;

    j.)    Jianxun Sun a/k/a John Sun, Defendant;

    k.)    R. Michael Pierro, Jr., Esq., Counsel for Defendants;

    l.)    Calciano Pierro, PLLC, Counsel for Defendants.

**2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

Plaintiff has no knowledge.

**3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None.

**4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Shurla Lewandowski, Plaintiff;

   __X__   I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED:  December 2, 2020.

                                               Respectfully submitted,

                                               By:  Peter Bober
PETER BOBER
FBN:  0122955
SAMARA ROBBINS BOBER
FBN: 0156248
BOBER & BOBER, P.A.
2699 Stirling Road, Suite A-304
Hollywood, FL 33312
(954) 922-2298 (phone)
(954) 922-5455 (fax)
peter@boberlaw.com
samara@boberlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via email on December 2, 2020 to all parties on the attached service list

                                               s/. Peter Bober

## SERVICE LIST

CASE NO.  8:20-cv-2722-T-35AAS

R. Michael Pierro, Jr., Esq.
Calciano Pierro, PLLC
146 Second Street North, Suite 310
St. Petersburg, Florida 33701
Telephone: (727) 217-5400
Fax: (727) 491-7072
Email: mike@flemploymentlaw.com
Counsel for Defendants